ORIGINAL

FILED
JUL 1 0 2008
U.S. COURT OF FEDERAL CLAIMS

United States District Court
Southern District of Texas
ENTERED
DEC 0 3 2007
...chael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARIO A. MENDOZA, *et al*, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. L-06-111 |
| | § | |
| MIKE JOHANNS, *et al*, | § | |
| | § | |
| Defendant. | § | |

08-499 C

**ORDER OF TRANSFER**

The Court, after considering plaintiffs' motion to transfer for want of jurisdiction, is of the opinion that such motion to transfer be GRANTED.

The Court finds that it has lost subject matter jurisdiction over the entire case; and that transfer to the United States Court of Federal Claims would be appropriate, and would further the interests of justice.

THEREFORE, IT IS ORDERED that this cause be transferred, under 28 U.S.C.A. §1631, to the United States Court of Federal Claims.

IT IS ORDERED that the Clerk of this Court shall gather the Clerk's entire file in this matter, and forward it to the Clerk of the United States Court of Federal Claims, at 717 Madison Place, N.W., Washington, D.C., 20005; phone: (202) 357-6400.

DONE at Laredo, Texas, this 3d day of December, 2007.

George P. Kazen
United States District Judge

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By ______
Deputy Clerk